**FILED**

JUL 2 0 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
     v.                          )
                                 )     2:06-CR-0300 WBS
SEALED,                          )
                                 )
            Defendant.           )
_____)

SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the first arrest of a defendant in this case or until further order of the Court.

DATED: 7/20/06

_____
KIMBERLY J. MUELLER
United States Magistrate Judge