McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No. S 06-300 WBS |
| Plaintiff, | ) |
| v. | ) |
| | ) ORDER |
| WESLEY ELVIS PEDEN, | ) |
| Defendant. | ) |

**PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the time under the Speedy Trial Act between today's date and December 6, 2006, is excluded under Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), to give the defendant time to adequately prepare and in the interests of justice.

Dated:  November 20, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE