1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6

7  Attorney for Defendant
   WESLEY ELVIS PEDEN

8

9

                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,        )  No. CR-S-06-0300 WBS
14                                   )
                     Plaintiff,      )
15                                   )  STIPULATION AND [~~PROPOSED~~] ORDER
        v.                           )  TO CONTINUE STATUS CONFERENCE AND
16                                   )  SET MOTIONS SCHEDULE
   WESLEY ELVIS PEDEN,              )
17                                   )
                     Defendant.      )  Date:  April 9, 2007
18                                   )  Time:  8:30 a.m.
   _____ )  Judge: Hon. William B. Shubb
19

20

21       It is hereby stipulated between the parties, Carolyn Delaney,

22  Assistant United States Attorney, and Caro Marks, Assistant Federal

23  Defender and attorney for defendant Wesley Elvis Peden, as follows:

24       The Status Conference date of February 12, 2007, should be

25  continued until April 9, 2007.

26       The parties agree on the following schedule for the filing of

27  motions (defendant's motion to suppress evidence):

28       Defendant's motion to suppress due by **March 5, 2007;**

1    Government's response due by **March 26, 2007;**

2    Defendant's reply due by **April 2, 2007.**

3    A status conference on the motions will be held on **April 9, 2007.**

4  At that time the Court will advise the parties if it will hold an

5  evidentiary hearing on the motions, and shall set further dates

6  accordingly.

7    The parties stipulate and agree that time within which the

8  trial of this matter must be commenced under the Speedy Trial Act

9  should be excluded pursuant to Title 18 USC §1361(h)(8)(B)(iv), and

10 Local Codes T-4 and E, to allow defense counsel reasonable time to

11 prepare and to file motions.

12 Dated: February 8, 2007

13                                  Respectfully submitted,

14                                  DANIEL BRODERICK
                                    Federal Defender

15

16                                  /s/ Caro Marks

17                                  _____
                                    CARO MARKS
                                    Assistant Federal Defender

18                                  Attorney for Defendant
                                    WESLEY ELVIS PEDEN

19

20 Dated: February 8, 2007

21                                  MCGREGOR SCOTT
                                    United States Attorney

22

23                                  /s/ Carolyn Delaney

24                                  _____
                                    CAROLYN DELANEY
                                    Assistant U.S. Attorney

25

26

27

28

Stip and order/Peden/06-300 WBS    -2-

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 12, 2007 status conference be continued to April 9, 2007, at 8:30 a.m. The briefing schedule for the filing of motions proposed by the parties is hereby adopted by the Court.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the signing of this order up to and including the April 11, 2007 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Codes T-4 and E, to allow defense counsel time to prepare and to file motions.

Dated: February 9, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip and order/Peden/06-300 WBS    -3-