1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
WESLEY ELVIS PEDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-06-0300 WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE AND SET MOTIONS SCHEDULE |
| WESLEY ELVIS PEDEN, | ) |
| Defendant. | ) Date: **April 23, 2007** |
| | ) Time: 8:30 a.m. |
| | ) Judge: Hon. William B. Shubb |

It is hereby stipulated between the parties, Carolyn Delaney, Assistant United States Attorney, and Caro Marks, Assistant Federal Defender and attorney for defendant Wesley Elvis Peden, as follows:

The Status Conference date of April 9, 2007, should be continued until **April 23, 2007.**

The parties agree on the following schedule for the filing of motions (defendant's motion to suppress evidence):

Defendant's motion to suppress due by **March 12, 2007**;

1     Government's response due by **April 2, 2007;**

2     Defendant's reply due by **April 9, 2007.**

3     A status conference on the motions will be held on **April 23, 2007.**

4     At that time the Court will advise the parties if it will hold an
5 evidentiary hearing on the motions, and shall set further dates
6 accordingly.

7     The parties stipulate and agree that time within which the
8 trial of this matter must be commenced under the Speedy Trial Act
9 should be excluded pursuant to Title 18 USC §1361(h)(8)(B)(iv), and
10 Local Codes T-4 and E, to allow defense counsel reasonable time to
11 prepare and to file motions.

12 Dated: March 6, 2007

13     Respectfully submitted,

14     DANIEL BRODERICK
    Federal Defender

15

16     /s/ Caro Marks

17     _____
    CARO MARKS
    Assistant Federal Defender
18     Attorney for Defendant
    WESLEY ELVIS PEDEN

19

20 Dated: February 8, 2007

21     MCGREGOR SCOTT
    United States Attorney

22

23     /s/ Carolyn Delaney

24     _____
    CAROLYN DELANEY
    Assistant U.S. Attorney

25

26

27

28

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 9, 2007 status conference be continued to **April 23, 2007, at 8:30 a.m.** The new briefing schedule for the filing of motions proposed by the parties is hereby adopted by the Court. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the signing of this order up to and including the April 23, 2007 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Codes T-4 and E, to allow defense counsel time to prepare and to file motions.

Dated: March 7, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE