```
McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> WESLEY ELVIS PEDEN, ) <br> ) <br> Defendant. ) <br> _____ ) | CR No. S 06-300 WBS <br><br> GOVERNMENT'S MOTION TO SEAL ITS OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE |

TO THE HONORABLE WILLIAM B. SHUBB, UNITED STATES DISTRICT JUDGE:

COMES NOW Carolyn K. Delaney, Assistant United States Attorney for the Eastern District of California, to request this Court and respectfully represent:

1. I have prepared an opposition to the defendant's Motion to Suppress Evidence.

2. The government's opposition contains seven exhibits.

3. The government's opposition and the exhibits contain numerous references to two minor children.

4. The government respectfully requests permission to file its opposition under seal so that the minors are not identified

1

in public filings.

DATED:  April 2, 2007

```
                                  McGREGOR W. SCOTT
                                  UNITED STATES ATTORNEY


                                  /s/ Carolyn K. Delaney
                            by    _____
                                  CAROLYN K. DELANEY
                                  ASSISTANT U.S. ATTORNEY
```

**ORDER**

Upon consideration of the government's motion, it is hereby ORDERED that the Government's Opposition to the Defendant's Motion to Suppress Evidence is SEALED unless and until further order of Court.

Dated:  April 2, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2