```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6

 7  Attorney for Defendant
    WESLEY ELVIS PEDEN
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-0300 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | EVIDENTIARY HEARING |
| | ) | |
| WESLEY ELVIS PEDEN, | ) | |
| | ) | Date: **June 18, 2007** |
| Defendant. | ) | Time: 10:30 a.m. |
| | ) | Judge: Hon. William B. Shubb |
| _____ | ) | |

It is hereby stipulated between the parties, Assistant United States Attorney Carolyn Delaney, and Assistant Federal Defender Caro Marks, attorney for defendant Wesley Elvis Peden, as follows:

The evidentiary hearing date of May 7, 2007, should be continued until **June 18 2007.** The reason for the continuance is to allow the defense to locate and subpoena one of two essential witnesses. This continuance also accommodates travel and work schedules of the government's law enforcement witnesses and counsel.

1  The defense needs additional time to locate its witness, so the
2  parties stipulate and agree that time within which the trial of this
3  matter must be commenced under the Speedy Trial Act should be excluded
4  pursuant to Title 18 USC §1361(h)(8)(B)(iv), and Local Code T-4, to
5  allow defense counsel reasonable time to prepare. In addition, since
6  motions are pending, the Court should continue to exclude time pursuant
7  to Local Code E.

9  Dated:  May 4, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Attorney for Defendant
WESLEY ELVIS PEDEN

/s/ Carolyn Delaney
_____
CAROLYN DELANEY
Assistant United States Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 7, 2007, evidentiary hearing be continued to **June 18 2007, at 10:30 a.m.** Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is

1  ordered that time from the date of the stipulation up to and including
2  the June 18, 2007 evidentiary hearing shall be excluded from
3  computation of time within which the trial of this matter must be
4  commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
5  3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel
6  reasonable time to prepare, and pursuant to Local Code E, for pending
7  motions.
8  Dated:  May 7, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE