```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  WESLEY ELVIS PEDEN

 8

 9
                  IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,    ) No. CR-S-06-0300 WBS
14                               )
                  Plaintiff,     )
15                               ) STIPULATION AND ORDER TO CONTINUE
         v.                      ) DEFENDANT'S FILING DEADLINE
16                               )
    WESLEY ELVIS PEDEN,          )
17                               ) Date:  August 6, 2007
                  Defendant.     ) Time:  8:30 a.m.
18                               ) Judge: Hon. William B. Shubb
    _____)
19
```

It is hereby stipulated between the parties, Assistant United States Attorney John Vincent (on behalf of Carolyn Delaney), and Assistant Federal Defender Caro Marks, attorney for Defendant Wesley Elvis Peden, as follows:

The Defendant's responsive motion is presently due on Monday, July 16, 2007.

Defense counsel will be out of the office on medical leave July 12 and July 13.

1 The Defendant and the United States therefore agree to extend the deadline for Defendant's responsive motion until **July 23, 2007.**

The deadline for the government's reply brief shall remain **July 30, 2007.** However, if after reviewing the Defendant's responsive motion the government needs additional time to respond, the parties shall then file a Stipulation setting forth a later filing deadline for the government and a new hearing date.

The Court has already excluded time within which the trial of this matter must be commenced under the Speedy Trial Act; specifically the Court excluded speedy trial time pursuant to Title 18 USC §1361(h)(8)(B)(iv), and Local Code T-4, for preparation of counsel. The Court also previously excluded speedy trial time for pending motions pursuant to Local Code E. The parties agree that such exclusions shall remain in effect up to and including August 6, 2007, the date set for hearing on the motions.

Dated: July 11, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Attorney for Defendant
WESLEY ELVIS PEDEN

/s/ John Vincent
_____
JOHN VINCENT
Assistant United States Attorney

Name of Pleading peden/so/filing   -2-

**ORDER**

IT IS SO ORDERED.

Dated: July 11, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Name of Pleading peden/so/filing   -3-