```
1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   CARO MARKS, Bar #159267
    Senior Litigator
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6

7   Attorney for Defendant
    WESLEY ELVIS PEDEN
8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,    )   No. CR-S-06-0300 WBS
14                               )
                  Plaintiff,     )
15                               )   STIPULATION AND [PROPOSED]ORDER
         v.                      )
16                               )
    WESLEY ELVIS PEDEN,          )   Date:  August 27, 2007
17                               )   Time:  8:30 a.m.
                  Defendant.     )   Judge: Hon. William B. Shubb
18                               )
    _____ )
19

20
         It is hereby stipulated between the parties, Assistant United
21
    States Attorney Carolyn Delaney, and Assistant Federal Defender Caro
22
    Marks, attorney for defendant Wesley Elvis Peden, as follows:
23
         The status conference hearing date of August 20, 2007, should be
24
    continued until August 27, 2007. The defendant's Motion to Suppress
25
    Evidence is presently pending before the Court. The parties anticipate
26
    the Court will issue its decision on the motion this week. However,
27
    defense counsel will be on annual leave from August 10 until August 20,
28
```

1  and will not have had sufficient time to review the Court's forthcoming
2  decision, including review with the defendant, by August 20, 2007.
3  Depending on the Court's forthcoming ruling, the parties may also need
4  time to set a trial date.  An additional week is therefore necessary to
5  allow the parties to review the Court's forthcoming order and to allow
6  defense counsel to discuss it with the defendant.

7       The parties stipulate and agree that time within which the trial
8  of this matter must be commenced under the Speedy Trial Act should be
9  excluded pursuant to Title 18 USC §1361(h)(8)(B)(iv), and Local Code
10 T-4, from the date of the issuance of the Court's order on defendant's
11 Motion to Suppress Evidence, up to and including August 27, 2007,
12 allow defense counsel reasonable time to prepare.

14 Dated:  August 8, 2007
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Caro Marks
                                    _____
                                    CARO MARKS
                                    Attorney for Defendant
                                    WESLEY ELVIS PEDEN


                                    /s/ Carolyn Delaney
                                    _____
                                    CAROLYN DELANEY
                                    Assistant United States Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the August 20, 2007, status conference hearing be continued to August 27, 2007, at 8:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court

1  hereby finds that the failure to grant a continuance in this case would
2  deny defense counsel reasonable time necessary for effective
3  preparation, taking into account the exercise of due diligence.  The
4  Court finds that the ends of justice to be served by granting a
5  continuance outweigh the best interests of the public and the defendant
6  in a speedy trial.  It is ordered that time from the date of issuance
7  of the Court's order on defendant's's Motion to Suppress Evidence up to
8  and including the August 27, 2007 hearing shall be excluded from
9  computation of time within which the trial of this matter must be
10 commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
11 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel
12 reasonable time to prepare.
13 Dated:  August 8, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE