```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2798
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )   CR No. S 06-300 WBS
                                  )
12           Plaintiff,           )
                                  )
13      v.                        )
                                  )   STIPULATION and [PROPOSED] ORDER
14                                )
    WESLEY ELVIS PEDEN,           )
15                                )
             Defendant.           )
16  _____ )
17
```

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendant and his counsel, Caro Marks, that, the trial confirmation hearing currently set for November 5, 2007, and the trial currently set for November 26, 2007 should be vacated; that a new trial confirmation hearing should be scheduled on February 25, 2008, as well as a new trial date of March 18, 2008; and that the time under the Speedy Trial Act between today's date and March 18, 2008, should be excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendant

1

time to review the discovery and to adequately prepare and because Ms. Marks is has just concluded one trial, and is scheduled for another trial (lengthy and complex) which is to begin in December, 2007, and is expected to last through February, 2008.

Dated: October 10, 2007                    Respectfully submitted,

                                                McGREGOR W. SCOTT
                                                U.S. Attorney

                                                /s/ Carolyn K. Delaney

                                                CAROLYN K. DELANEY
                                                Assistant U.S. Attorney

Dated: October 10, 2007                    /s/ Caro Marks

                                                CARO MARKS
                                                Attorney for Mr. Peden

**ORDER**

**IT IS HEREBY ORDERED**:   That the trial confirmation hearing currently set for November 5, 2007, is rescheduled to February 25, 2008, and that the trial currently set for November 26, 2007 is rescheduled to March 18, 2008.  It is further ordered that the time under the Speedy Trial Act between today's date and February 25, 2008, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendant time to adequately prepare and in the interests of justice.

Dated:  October 12, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE