1  McGREGOR W. SCOTT
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2798

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )   CR No. S 06-300 WBS
                                 )
12           Plaintiff,          )
                                 )
13      v.                       )
                                 )   STIPULATION and [~~PROPOSED~~] ORDER
14                               )
   WESLEY ELVIS PEDEN,           )
15                               )
             Defendant.          )
16 _____)

17

18      IT IS HEREBY stipulated between the United States of America

19 through its undersigned counsel, Carolyn K. Delaney, Assistant

20 United States Attorney, together with the defendant and his

21 counsel, Caro Marks, that the trial currently set for May 13,

22 2008 should be vacated; that a new trial date of May 28, 2008 be

23 scheduled; and that the time under the Speedy Trial Act between

24 today's date and May 28, 2008, should be excluded under Local

25 Code T4, Title 18, United States Code, Section 3161

26 (h)(8)(B)(iv), to give the defendant time to review the discovery

27 and to adequately prepare; because Ms. Marks is has just

28 concluded one trial, and is scheduled for another trial (lengthy

                                 1

and complex) which is to begin in April, 2008; and because one of
the government's key witnesses is not available during the week
of May 13, 2008.

Dated: February 29, 2008          Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  U.S. Attorney

                                  /s/ Carolyn K. Delaney

                                  CAROLYN K. DELANEY
                                  Assistant U.S. Attorney

Dated: February 29, 2009          /s/ Caro Marks

                                  CARO MARKS
                                  Attorney for Mr. Peden

**ORDER**

**IT IS HEREBY ORDERED**:    That the trial currently set for May 13,
2008, is rescheduled to May 28, 2008 at 9:00 a.m.  , **and the Trial
Confirmation Hearing is continued to May 12, 2008 at 8:30 a.m.**
It is further ordered that the time under the Speedy Trial Act
between today's date and May 28, 2008, is excluded under Local
Code T4, Title 18, United States Code, Section 3161
(h)(8)(B)(iv), to give the defendant time to adequately prepare
and in the interests of justice.

Dated:  February 29, 2008

                                  _____
                                  WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE

2