McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. S 06-300 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION and [~~PROPOSED~~] ORDER |
| | ) | |
| WESLEY ELVIS PEDEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

　　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendant and his counsel, Caro Marks, that the currently scheduled trial date of May 28, 2008 should be vacated; that a new trial date of July 8, 2008 be scheduled; that a corresponding trial confirmation hearing be scheduled for June 16, 2008; and that the time under the Speedy Trial Act between today's date and July 8, 2008, should be excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendant time to review the discovery and to adequately prepare; and because Ms.

1

Marks is scheduled for a lengthy and complex trial which is to begin in May, 2008.

Dated: April 15, 2008                    Respectfully submitted,

                                            McGREGOR W. SCOTT
                                            U.S. Attorney

                                            /s/ Carolyn K. Delaney

                                            CAROLYN K. DELANEY
                                            Assistant U.S. Attorney

Dated: April 15, 2008                    /s/ Caro Marks

                                            CARO MARKS
                                            Attorney for Mr. Peden

**ORDER**

**IT IS HEREBY ORDERED**:   That the trial currently set for May 28, 2008, is rescheduled to July 8, 2008 at 9:00 a.m., with a corresponding trial confirmation hearing to be held on June 16, 2008 at 8:30 a.m.  It is further ordered that the time under the Speedy Trial Act between today's date and July 8, 2008, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendant time to adequately prepare and in the interests of justice.

Dated:  April 16, 2008

                                            WILLIAM B. SHUBB
                                            UNITED STATES DISTRICT JUDGE