BENJAMIN B. WAGNER
United States Attorney
CRYSTAL K. FULFER
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>WESLEY E. PEDEN,<br><br>         Defendant. | CASE NO.  2:06-cr-00300-WBS<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR GOVERNMENT'S RESPONSE TO DEFENDANT'S DISPOSITIONAL MEMORANDUM**<br><br>DATE: August 18, 2014<br>TIME: 9:30 a.m.<br>JUDGE: Hon. William B. Shubb |

The United States and the defendant, by and through their respective undersigned counsels, hereby stipulate to the following:

1. On May 19, 2014, the Court granted the defendant a continuance of the disposition hearing to August 18, 2014.
2. The Court ordered the defendant to file his response to the disposition memorandum no later than June 2, 2014.
3. The Court further ordered the United States to file its response to the disposition memorandum no later than June 16, 2014.

///

///

Stip. and [Proposed] Order          1          U.S. v. Peden 2:06-cr-00300-WBS

4. On June 2, 2014, the defendant, by and through his undersigned counsel, filed his Dispositional Memorandum.

5. The United States is requesting an extension of time to file its response to defendant's Dispositional Memorandum to no later than June 30, 2014.

6. The defendant and his undersigned counsel have no objection to the extension of time.

Therefore, the parties hereby agree and stipulate to allow the government a two-week extension of time to file a response to the defendant's Dispositional Memorandum from June 16, 2014 to and including June 30, 2014.

Dated:   June 6, 2014                Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney


                                      /s/ Crystal Fulfer
                                     CRYSTAL K. FULFER
                                     Special Assistant U.S. Attorney

Dated:   June 6, 2014                HEATHER WILLIAMS
                                     Federal Defender


                                      /s/ Lexi Negin
                                     LEXI NEGIN
                                     Assistant Federal Defender

///
///
///
///
///
///
///
///

ORDER

The Court adopts the stipulation of the parties and orders the United States to respond to the defendant's Dispositional Memorandum on or before June 30, 2014.

IT IS SO ORDERED.

Dated:  June 9, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE