

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
NOV 17 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S-06-300-01 WBS |
| Plaintiff, | |
| v. | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| WILLIAM ELVIS PEDEN, | |
| Defendant. | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release **William Elvis Peden** Case CR S-06-0300-01 WBS from custody for the following reasons:

\_\_  Release on Personal Recognizance

\_\_  Bail Posted in the Sum of _____

\_\_  Unsecured bond

\_\_  Appearance Bond with 10% Deposit

\_\_  Appearance Bond secured by Real Property

\_\_  Corporate Surety Bail Bond

**X**  (Other) **Defendant was sentenced to a term of TIME SERVED.**

Issued at Sacramento, CA on November 17, 2014 at 11:20 a.m.

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing