HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
WESLEY ELVIS PEDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WESLEY ELVIS PEDEN,<br><br>Defendant. | Case No. 2:06-cr-00300-WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADMIT/DENY HEARING**<br><br>Date: August 14, 2017<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Matthew Yelovich, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorney for Wesley Elvis Peden that the admit/deny hearing scheduled for August 14, 2017 be vacated and continued to September 11, 2017 at 9:00 a.m.

Defense counsel is waiting to receive additional documents from Probation Officer Garey White, needed to advise Mr. Peden. Probation Officer White is aware of this request and has no objection.

DATED: August 10, 2017            Respectfully submitted,

                                  HEATHER E. WILLIAMS
                                  Federal Defender

                                  */s/ Noa E. Oren*
                                  NOA E. OREN
                                  Assistant Federal Defender

| | |
|---|---|
| DATED: August 10, 2017 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ Matthew Yelovich*<br>MATTHEW YELOVICH<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

### **ORDER**

The Court orders the August 14, 2017 admit/deny hearing continued to September 11, 2017, at 9:00 a.m.

Dated: August 10, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE