HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
WESLEY ELVIS PEDEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WESLEY ELVIS PEDEN, <br><br> Defendant. | Case No. 2:06-cr-00300-WBS <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADMIT/DENY HEARING** <br><br> Date: September 11, 2017 <br> Time: 9:00 a.m. <br> Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Matthew Yelovich, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Noa E. Oren, attorney for Wesley Elvis Peden that the admit/deny hearing scheduled for September 11, 2017 be vacated and continued to October 2, 2017 at 9:00 a.m.

Defense counsel is waiting to receive additional documents and discovery from Probation Officer Garey White, needed to advise Mr. Peden. Probation Officer White is aware of this request and has no objection.

DATED: September 8, 2017      Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender

| | | |
|---|---|---|
| 1 | DATED: September 8, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | | |
| 3 | | */s/ Matthew Yelovich*<br>MATTHEW YELOVICH |
| 4 | | Assistant U.S. Attorney<br>Attorney for Plaintiff |

## **ORDER**

The Court orders the September 11, 2017 admit/deny hearing continued to October 2, 2017, at 9:00 a.m.

Dated: September 8, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE