UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA



FILED
NOV 06 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
  DEPUTY CLERK

UNITED STATES OF AMERICA, )  Case No. CR S-06-0300-01 WBS
      Plaintiff, )
v. )
       ) ORDER FOR RELEASE
WESLEY ELVIS PEDEN, ) OF PERSON IN CUSTODY
      Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release **Wesley Elvis Peden** Case CR S-06-0300-01 WBS from custody for the following reasons:

- \_\_ Release on Personal Recognizance
- \_\_ Bail Posted in the Sum of _____
- \_\_ Unsecured bond
- \_\_ Appearance Bond with 10% Deposit
- \_\_ Appearance Bond secured by Real Property
- \_\_ Corporate Surety Bail Bond
- **X** (Other) **Supervised Release Violation Petition FILED 7/21/2017 DISMISSED.**



Issued at Sacramento, CA on November 6, 2017 at 11:40 a.m.

By /s/ William B. Shubb
William B. Shubb,
United States District Judge

Orig & Copy: USM ✓
Copy to Docketing ✓